**NESENOFF & MILTENBERG LLP**
New York | Boston | Palo Alto

ATTORNEYS AT LAW
nmllplaw.com

Ira S. Nesenoff
Andrew T. Miltenberg
Stuart Bernstein
_____
Tara J. Davis
Gabrielle M. Vinci
Christine Brown
Kara L. Gorycki

Barbara H. Trapasso
Adrienne D. Levy
Regina M. Federico
Ben Goldstein
Kristen Mohr
Helen Setton
Rodman W. Streicher

Susan E. Stark
Julie A. Sacks
Kimberly Courtney
Nicole Hoehle
*Senior Litigation Counsel*

Marybeth Sydor
*Title IX Consultant*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/6/2024

November 5, 2024

***VIA ELECTRONIC FILING***
Hon. Mary Kay Vyskocil
United States District Court for the
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, New York 10007

      Re:    **Johnson et al v. Teachers College Columbia University et. al.**
             **Civil Action No.: 1:24-cv-04811**

Dear Your Honor:

      Please be advised, the undersigned is counsel to Plaintiffs in the above captioned action. I write to respectfully request an adjournment of the initial conference currently scheduled in this matter for November 13, 2024. This is Plaintiffs' first request to adjourn the initial conference. The undersigned has conferred with counsel for Defendant who does not object to the requested adjournment.

      The basis for this request is as follows: the undersigned Attorney Vinci is lead counsel in this matter. Over the summer and up to October 15, 2024, this matter was handled by the firm's litigation associate, Julie Sacks, as Attorney Vinci was out on maternity leave. Upon Attorney Vinci's return, she took back the case and unfortunately has a scheduling conflict, namely an in-person mediation, on November 13, 2024. Initially, Attorney Sacks was going to appear for the conference in Attorney Vinci's stead, however, Attorney Sacks is in the process of leaving the firm and will not be able to appear for the conference as currently scheduled.

      Accordingly, in light of Attorney Sacks' departure from the firm, Attorney Vinci's recent return to the office and above-mentioned scheduling conflict, Plaintiff respectfully requests a brief adjournment of the initial conference. Attorney Vinci has conferred with Defense counsel and proposes the following dates when counsel have confirmed their availability to appear for a re-scheduled conference: November 22 and 25 or December 4, 5, 11, and 12.



    Counsel remains available should Your Honor have any questions or concerns related to this request. Thank you.

Respectfully submitted,

*s/ Gabrielle Vinci*
Andrew Miltenberg, Esq.
Gabrielle Vinci, Esq.

CC: All counsel of record (Via ECF)

> **GRANTED. The conference scheduled for November 13, 2024 at 11:00 AM is ADJOURNED to December 5, 2024 at 2:30 PM.**
>
> **SO ORDERED.**
>
> Date: 11/6/2024
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge

363 Seventh Avenue | 5th Floor | New York, NY | 10001 | T: 212.736.4500

101 Federal Street | 19th Floor | Boston, MA | 02110 | T: 617.209.2188

4 Palo Alto Square | 3000 El Camino Real | Suite 200 | Palo Alto, CA | 94306 | T: 650.209.7400