```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JONATHAN JOHNSON et al.,

                  Plaintiffs,

-against-

TEACHERS COLLEGE COLUMBIA UNIVERSITY et al.,

                  Defendants.

1:24-cv-04811 (MKV)

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

    On November 8, 2024, the Court directed the parties to submit a joint letter on or before January 17, 2025 advising the Court of the status of this action and the progress of discovery. [ECF No. 29]. As of the date of this Order no joint letter has been filed.

    Accordingly, IT IS HEREBY ORDERED that on or before January 28, 2025, the parties shall show cause, in writing, why the parties have failed to comply with the Court's deadlines and Order. **Continued failure to comply with the Court's orders and/or deadlines, Individual Rules of Practice, or Local Rules may result in sanctions, including monetary penalties, preclusion at trial of information not provided, or preclusion and/or dismissal of claims or defenses.**

**SO ORDERED.**

Date: January 21, 2025
New York, NY

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**