```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/14/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DR. JONATHAN JOHNSON et al.,

                *Plaintiffs*,

-against-

TEACHERS COLLEGE COLUMBIA UNIVERSITY et al.,

                *Defendants*.

1:24-cv-04811 (MKV)

SCHEDULING ORDER

MARY KAY VYSKOCIL, United States District Judge:

The Post-Discovery Conference scheduled for March 26, 2025 at 11:30 AM is ADJOURNED *sine die*. As previously Ordered the parties shall complete all fact discovery by May 9, 2025 and are directed to submit a joint letter on or before May 16, 2025 advising the Court on the status of discovery.

**The parties are reminded that failure to comply with the Court's orders or comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**

SO ORDERED.

**Date: March 14, 2025**
**New York, NY**

                *[signature]*
                **MARY KAY VYSKOCIL**
                **United States District Judge**