Case 1:24-cv-04811-MKV   Document 40   Filed 04/29/25   Page 1 of 2



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2025

**Nancy V. Wright**
212.915.5845 (direct)
Nancy.Wright@wilsonelser.com

April 29, 2025

**VIA ECF**

Honorable Mary Kay Vyskocil, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   ***Johnson, et. al. v. Teachers College Columbia University, et. al.***
Docket No.: 1:24-CV-04811(MKV)
Our File No.: 22643.00086

Dear Judge Vyskocil:

We represent defendant Teachers College Columbia University ("Teachers College") in the above-referenced matter. We write jointly with plaintiffs' counsel to provide the Court with an update on the progress of discovery.

The parties have resolved the outstanding discovery disputes referenced in our prior correspondence and expect to complete plaintiff's' depositions by May 9, 2025. *See* Dkt. No. 38. Plaintiffs' counsel has provided supplemental discovery responses to the deficiencies laid out in Teachers College's deficiency letter served on March 5, 2025. Plaintiff Dr. Charmaine Scarlett was deposed on April 24, 2025, and plaintiff Dr. Shameika Williams and plaintiff Dr. Jonathan Johnson are scheduled to be deposed on May 5, 2025 and May 6, 2025, respectively. No other depositions are expected to be scheduled by Teachers College.  Teachers College will need time, however, to obtain the post deposition discovery, including treatment authorizations for mental health treatment uncovered on April 24, 2025 during plaintiff Scarlett deposition. Plaintiff Scarlett also testified to the possibility of additional email correspondences relevant to the claims, which we have also requested.  Accordingly, Teachers' College is seeking an additional two weeks beyond the May 9, 2025 discovery deadline to obtain these outstanding discovery items and to gather the attendant treatment records.

Plaintiffs do not oppose the requested extension.

We thank the Court for its time and consideration in this matter.

312136955v.2



- 2 -

Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

_____
Nancy Wright
Stefanie Shmil

cc: Gabrielle Vinci
NESENOFF & MILTENBERG, LLP
*Attorneys for Plaintiffs*
363 Seventh Avenue, Fifth Floor
New York, New York 10001
(212) 736-4500
gvinci@nmllplaw.com

> **GRANTED. The conference scheduled for May 7, 2025 at 2:30 PM is ADJOURNED.**
>
> **The Clerk of Court is respectfully requested to terminate the motions pending at docket entries 38 and 40.**
>
> **SO ORDERD.**
>
> Date: 4/29/2025
> New York, New York
>
> Mary Kay Vyskocil
> United States District Judge