

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/25/2025

**Nancy V. Wright**
212.915.5845 (direct)
Nancy.Wright@wilsonelser.com

June 25, 2025

<u>**1:24-cv-04811 VIA ECF**</u>

Honorable Mary Kay Vyskocil, U.S.D.J
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    ***Johnson, et. al. v. Teachers College Columbia University, et. al.***
              Docket No.: 1:24-CV-04811(MKV)
              Our File No.: 22643.00086

Dear Judge Vyskocil:

We represent defendant Teachers College Columbia University ("Teachers College") in the above-referenced matter. We write jointly with plaintiffs' counsel to respectfully request that the Court refer the parties to a settlement conference at the Court's earliest convenience.

As the parties have continued to communicate regarding discovery, we have also discussed the potential for settlement. As a result of these discussions, the parties agree that a settlement conference would greatly assist us in potentially settling this matter.

To facilitate settlement, the parties respectfully request that the expert discovery deadline, currently set for July 25, 2025, be extended to two-weeks following the date of our settlement conference, or two-weeks from our current deadline. This extension would allow the parties to focus directly on settlement while also allowing us to avoid further discovery costs related to expert discovery in the event a settlement is reached at the conference

We respectfully request that the Court refer the parties to a settlement conference at the Court's earliest convenience and, correspondingly, grant the parties a two-week expert discovery extension.

We thank the Court for its time and consideration in this matter.

150 East 42nd Street • New York, NY 10017 • p 212.490.3000 • f 212.490.3038

Albany • Atlanta • Austin • Baltimore • Beaumont • Boston • Chicago • Dallas • Denver • Edwardsville • Garden City • Hartford • Houston • Indiana • Kentucky
Las Vegas • London • Los Angeles • Miami • Michigan • Milwaukee • New Jersey • New Orleans • New York • Orlando • Philadelphia • San Diego • San Francisco
Stamford • Virginia • Washington, DC • West Palm Beach • White Plains

wilsonelser.com



Respectfully submitted,

**WILSON ELSER MOSKOWITZ EDELMAN & DICKER LLP**

_____
Nancy Wright
Stefanie Shmil
*Attorneys for Defendant Teachers College Columbia University*
150 East 42nd Street
New York, New York 10017
Tel: (212) 490-3000
Fax: (212) 490-3038
Nancy.wright@wilsonelser.com
Stefanie.shmil@wilsonelser.com
Our File No. 22643.00086

cc:   Gabrielle Vinci
      NESENOFF & MILTENBERG, LLP
      *Attorneys for Plaintiffs*
      363 Seventh Avenue, Fifth Floor
      New York, New York 10001
      (212) 736-4500
      gvinci@nmllplaw.com

---

**GRANTED. The Court has, at the parties' request, issued an Order referring this matter to the Magistrate Judge assigned to this case, Magistrate Judge Lehrburger, for the purposes of settlement. The parties are directed to file a joint status report within three days of the conclusion of the settlement conference(s) to advise the Court on the status, not substance, of settlement negotiations. Additionally, the expert discovery deadline is ADJOURNED to two weeks after the status report is due in the event that the parties do not reach a settlement.**

**SO ORDERED.**

Date: 6/25/2025
New York, New York

Mary Kay Vyskocil
United States District Judge